UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID W. MURRAY,<br><br>      Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Civil No. 2:14-cv-00207-JPH<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR REMAND PURSUANT TO SENTENCE SIX, 42 U.S.C. 405(g) |

Defendant filed a motion to remand pursuant to sentence six of 42 U.S.C. 405(g). Significant portions of the recording of the hearing are apparently inaudible. Plaintiff does not object. ECF No. 10, 11. The parties have consented to proceed before a magistrate judge. ECF No. 7.

After consideration,

**IT IS ORDERED** that Defendant's motion for remand pursuant to sentence six, **ECF No. 11, is granted**.

This matter is remanded for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will hold another hearing and issue a new decision. This Court retains jurisdiction

Page 1    ORDER

1

2  pending further administrative development of the record pursuant to 42 U.S.C. §

3  405(g).

4     DATED this 1st day of October, 2014.

5                              *s/ James P. Hutton*
                               JAMES P. HUTTON
6                           UNITED STATES MAGISTRATE JUDGE