UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID W. MURRAY,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 2:14-cv-00207-MKD<br><br>ORDER GRANTING STIPULATED MOTION<br><br>**ECF No. 30** |

The Court has considered the parties' stipulated motion to reopen and for entry of judgment. ECF No. 30. On October 1, 2014, this case was remanded pursuant to sentence six of 42 U.S.C. § 405(g). ECF No. 12. On remand, an ALJ issued a fully favorable decision on June 29, 2017, finding Plaintiff disabled as of August 24, 2013. ECF No. 30-1. The parties have consented to proceed before a magistrate judge. ECF No. 7.

IT IS ORDERED that the stipulated motion, **ECF No. 30, is GRANTED**. The above-captioned case is remanded for further administrative proceedings to award benefits consistent with the ALJ's decision, in accordance with sentence four of 42 U.S.C. § 405(g).

ORDER - 1

1
2     Upon proper application, the Court will consider Plaintiff's request for
3  attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.
4     The District Court Executive is directed to **enter judgment for Plaintiff**,
5  provide copies of this order to the parties and **CLOSE THE FILE**.
6     DATED this 24th day of July, 2017.
7
8                    *S/ Mary K. Dimke*
                     MARY K. DIMKE
9                    UNITED STATES MAGISTRATE JUDGE

ORDER - 2